```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOHN DOE,                                                        :
                                                                 :
                                Plaintiff,                       :
                                                                 :     24-cv-2583 (LJL)
                -v-                                              :
                                                                 :           ORDER
HYATT HOTELS, CORP. d/b/a HYATT HOTELS &                         :
RESORTS, ET AL.,                                                 :
                                                                 :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2024

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed anonymously without leave of Court. Dkt. No. 1.

In order to proceed anonymously, Plaintiff must make a motion to do so. *See* Fed. R. Civ. P. 10.

If no such motion is filed by April 12, 2024, the Court will dismiss the Complaint accordingly.

SO ORDERED.

Dated: April 5, 2024
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                              United States District Judge